United States District Court
Northern District of California

Jonathan Lee Riches ©,
Plaintiff

v.

Paul McCartney, et. Al,
Defendants

FILED
JAN 0 8 2008
RICHARD W. WIEKIN
CLERK, U.S. DISTRICT CO
NORTHERN DISTRICT OF CA

NO C 07-5878

Notice of Appeal

Plaintiff moves to Appeal the dismissal of this case to the 9th circuit Court of Appeals. Plaintiff wishes to Appeal

Respectfully