**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 06 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>PAUL MCCARTNEY; HEATHER MILLS; ELTON JOHN; BRUCE SPRINGSTEEN; NEIL YOUNG; DR. DRE; ELVIS COSTELLO; BOB DYLAN WILCO; PEARL JAM, ; RED HOT CHILI PEPPERS; JOHN LEE HOOKER LOU REED; LIL KIM; PATTI SMITH; CHER; MADONNA; SEAL; PINK,<br><br>        Defendants - Appellees. | No. 08-15212<br>D.C. No. CV-07-05878-MJJ<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

    A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

    Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated February 26, 2008.

    A copy of this order sent to the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Karli A. Bobus
Deputy Clerk