**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 18, 2008

CASE NUMBER:  **CV 07-05878 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- PAUL MCCARTNEY**
DATE MANDATE FILED:  6/18/08

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                    Sincerely,

                                    RICHARD W. WIEKING, Clerk


                              by:   *Sheila Rash*
                                    Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

                CRIMINAL   -   Counsel of Record
                               U.S. Marshal (Copy of Mandate)
                               U.S. Probation Office


NDC App-16